**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROGER CRAIG EWING**                                                                                       **PLAINTIFF**

v.                                                                                                          No. 4:09CV59-A-S

**VALLEY FOOD, ET AL.**                                                                                     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the ___27th___ day of July, 2009.


                                                                                                  **/s/ Sharion Aycock**
                                                                                                  **U. S. DISTRICT JUDGE**